MOORMAN MANUFACTURING COMPANY v. JOHN M. HAACK.[1]

December 15, 1916.

Nos. 19,988—(129).

**Sale — action for purchase price — pleading and proof of plaintiff's incorporation.**

In an action to recover for merchandise alleged and admitted to have been sold and delivered by the plaintiff to the defendant, the fact of the incorporation of the plaintiff is not a material allegation and need not be proved.

Action in the district court for Murray county to recover $75. The case was tried before Nelson, J., who when plaintiff rested granted defendant's motion to dismiss the action because of plaintiff's failure to prove that plaintiff was a corporation existing by virtue of the laws of Illinois. From the judgment entered pursuant to the order for judgment, plaintiff appealed. Reversed.

*Manly P. Thornton,* for appellant.
*A. W. Tierney,* for respondent.

DIBELL, C.
Action to recover for merchandise sold and delivered. The action was

[1]Reported in 160 N. W. 258.

dismissed at the close of the plaintiff's testimony and judgment was entered. The defendant appeals from the judgment.

The complaint alleges that the defendant is an Illinois corporation. The defendant specifically denies it. There was no proof of incorporation. The sale and delivery of the merchandise is conceded. The action was dismissed because of lack of proof of the incorporation of the plaintiff. The fact of corporate existence was not a material issue. It was not necessary to prove it. Finch, Van Slyck & McConville v. Le Sueur County Co-operative Co. 128 Minn. 73, 150 N. W. 226; Holden v. Great Western Ele. Co. 69 Minn. 527, 72 N. W. 805, 65 Am. St. 505. Whether the defendant's denial was sufficient under G. S. 1913, § 7774 (R. L. 1905), § 4148, we need not consider.

Judgment reversed.